UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

**COUNTY OF OSWEGO INDUSTRIAL**
**DEVELOPMENT AGENCY,**

                **Plaintiff,**

          -v-                                5:05-CV-926
                                                    (NAM/GJD)

**FULTON COGENERATION ASSOCIATES, LP.,**
**LIONS CAPITAL MANAGEMENT, LLC, aka LION**
**CAPITAL MANAGEMENT, LLC, FIMAB,**
**PROMENEUR & HAUSMANN, INC., EL PASO**
**MERCHANT ENERGY-PETROLEUM COMPANY.,**
**and ANR VENTURE FULTON COMPANY,**

                **Defendants.**

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

APPEARANCES:
Hiscock & Barclay, LLP
Robert B. Liddell, Esq., of Counsel
One Park Place
300 South State Street
Syracuse, New York  13221
Attorneys for Plaintiff

Nixon, Peabody LLP
Daniel J. Hurteau, Esq., of Counsel
Omni Plaza, Suite 900
30 South Pearl Street
Albany, New York  12207
Attorneys for El Paso Merchant Energy-Petroleum Company and ANR Venture Fulton Company

**MEMORANDUM DECISION AND ORDER**

**Hon. Norman A. Mordue, Chief U.S. District Court Judge:**

      Plaintiff having moved (Dkt. Nos. 113, 114) to extend the time to commence a special

proceeding set forth in CPLR 6214(e), as extended by Order of this Court dated June 29, 2007,

and the Court having again extended the time until further order of the Court (Dkt. No. 114), and

no opposition having been received; it is hereby

-2-

ORDERED that the motion (Dkt. No. 113, 114) to extend the time to commence a special proceeding set forth in CPLR 6214(e) is granted and the time to commence a special proceeding is further extended for 90 days from the date of this order or until further order of the Court, whichever first occurs; and it is further

ORDERED that any dispositive motion in this action shall be made within 30 days from the date of this order; and it is further

ORDERED that the Court will not consider a request to extend the 30-day period for making a dispositive motion unless the request is filed prior to expiration of the 30-day period and good cause is shown.

IT IS SO ORDERED.

January 29, 2008
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge