# United States District Court
### Northern District of New York
## JUDGMENT IN A CIVIL CASE

COUNTY OF OSWEGO INDUSTRIAL
DEVELOPMENT AGENCY,

        V.        CASE NUMBER: 5:05-CV-926 (NAM/GJD)

FULTON COGENERATION
ASSOCIATES, L.P., ET AL.


[ ]    Jury Verdict. This action came before the Court for a trial by jury.
        The issues have been tried and the jury has been rendered its verdict.

[X]    Decision by Court.  This action came to trial or hearing before the Court.
        The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED; that judgment be entered in favor of plaintiff and against defendants Fulton Cogeneration Associates, L.P.; Lions Capital Management, LLC; and Fimab, Promeneur & Hausmann, Inc. pursuant to the Memorandum Decision and Order entered on April 3, 2009 by the Honorable Chief Judge Norman A. Mordue.


April 8, 2009        LAWRENCE K. BAERMAN
_____    _____
DATE        CLERK OF COURT


        s/

        _____
        DONNA M. FRANCISCO
        DEPUTY CLERK