UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

_____

**COUNTY OF OSWEGO INDUSTRIAL
DEVELOPMENT AGENCY**

    vs.                                        **CASE NUMBER: 5:05-CV-926
(NAM/GJD)**

**FULTON COGENERATION ASSOCIATES, LP.,
LIONS CAPITAL MANAGEMENT, LLC, aka
LION CAPITAL MANAGEMENT, LLC, FIMAB,
PROMENEUR & HAUSMAN, INC., EL PASO
MERCHANT ENERGY- PETROLEUM COMPANY.,
and ANR VENTURE FULTON COMPANY**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff is awarded attorney's fees in the amount of $16,775.50 and costs of $1,396.19.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue dated the 12th day of March, 2010.

DATED: March 12, 2010

*Laurence K. Baerman*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk